**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CARLOS FERNANDO BUSTAMANTE PENAFIEL , *Petitioner*, v. LUIS SOTO, et al. *Respondents.* | **PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)** Case No.: 2:26-cv-07387-MCA Judge Madeline Cox Arleo, U.S.D.J |

**ORDER**

Considering Petitioner's Motion for Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(2):

1. **IT IS ORDERED** that the Motion is GRANTED
2. **IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE,** with each party to bear its own costs and fees.
3. **IT IS FURTHER ORDERED** that the Clerk of Court is directed to close this case.

Newark, New Jersey this 3rd day of September, 2026.

HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE